# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 12, 2010

Clerk's Office
Maricopa County Superior Court
201 West Jefferson St.
Phoenix, AZ 85003-2205

**ATTN:**     **Civil File Counter**

**RE:**     **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

       **District Court Case Number: CV-09-2271-PHX-GMS**

       **Superior Court Case Number: CV2009-091685**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on March 12, 2010, remanding the above case to Maricopa County Superior Court for the State of Arizona.

       Sincerely,

       RICHARD H. WEARE, DCE/CLERK OF COURT

       S/L. Dixon
       L. Dixon, Deputy Clerk

Enclosure
cc: all counsel